In the Matter of the Application of MICHAEL T. DALY, as Commissioner of Public Works of the City of New York, Respondent, to Acquire Certain Real Estate for the Purpose of the Sanitary Protection of the Source of Water Supply of the City of New York.

THOMAS E. RAYMOND et al., Appellants; LEWIS E. COLE et al., Respondents.

*Matter of Daly*, 123 App. Div. 709, affirmed.
(Argued May 19, 1908; decided June 2, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1908, which affirmed an order of Special Term confirming the report of commissioners in condemnation proceedings.

*Lewis H. Freedman*, *Artemas H. Holmes* and *John L. Jones, Jr.*, for appellants.

*Francis K. Pendleton*, Corporation Counsel (*Theodore Connoly* and *I. J. Beaudrias* of counsel), for city of New York, respondent.

*Arthur M. Johnson* for Lewis E. Cole et al., respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.